Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15–18738–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis G Young Jr                          Denise C Young
33 Norcross Rd                             aka Denise C Jacobs
Berlin, NJ 08009                           33 Norcross Rd
                                           Berlin, NJ 08009

Social Security No.:
xxx–xx–3146                                xxx–xx–2052

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B.
Altenburg Jr. on

Date:                March 20, 2020
Time:                    09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden,
NJ 08101–2067

to consider and act upon the following:

*96* – CERTIFICATION in Opposition to (related document:95 Certification of Default of Standing Trustee. re:
Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/24/2020.
(Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa)
filed by Terry Tucker on behalf of Denise C Young, Dennis G Young Jr. (Tucker, Terry) Modified on 2/24/2020 TO
CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.

Dated: February 24, 2020
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk