Form clsnodsc − ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  15−18738−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis G Young Jr                                 Denise C Young
   33 Norcross Rd                                     aka Denise C Jacobs
   Berlin, NJ 08009                               33 Norcross Rd
                                                      Berlin, NJ 08009

Social Security No.:
   xxx−xx−3146                                           xxx−xx−2052

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

     You are hereby notified that the above−named case will be closed without entry of discharge on or after September 8, 2020 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 6, 2020
JAN: eag

                                                                     Jeanne Naughton
                                                                       Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                    Case No. 15-18738-ABA
Dennis G Young Jr                                         Chapter 13
Denise C Young
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 1          Date Rcvd: Aug 06, 2020
                             Form ID: clsnodsc        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
db/jdb         +Dennis G Young Jr,    Denise C Young,    33 Norcross Rd,    Berlin, NJ 08009-9651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:28:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                                                                                                                                                                                                                                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Jeanette F. Frankenberg    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL
         MORTGAGE ASSOCIATION cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
        Jerome B. Blank    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
         Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
         Mortgage Services L.P. nj.bkecf@fedphe.com
        Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
         Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
         Mortgage Services L.P. miriam.rosenblatt@mhllp.com,    mrosenblatt@rasflaw.com
        Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        R. A. Lebron    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL MORTGAGE
         ASSOCIATION bankruptcy@feinsuch.com
        R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A., as servicer for U.S. BANK NATIONAL
         ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS
         TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-4 bankruptcy@feinsuch.com
        Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
         nj.bkecf@fedphe.com
        Steven K. Eisenberg    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@sterneisenberg.com,
         jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
        Terry  Tucker    on behalf of Joint Debtor Denise C Young terrytucker@comcast.net
        Terry  Tucker    on behalf of Debtor Dennis G Young Jr terrytucker@comcast.net
                                                                                                                                                                                                                                                                                                                          TOTAL: 18