Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−18738−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis G Young Jr | Denise C Young |
| 33 Norcross Rd | aka Denise C Jacobs |
| Berlin, NJ 08009 | 33 Norcross Rd |
| | Berlin, NJ 08009 |

Social Security No.:
  xxx−xx−3146                                                                 xxx−xx−2052

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 11, 2020                                Andrew B. Altenburg Jr.
                                                          Judge, United States Bankruptcy Court