Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−18738−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis G Young Jr                                            Denise C Young
   33 Norcross Rd                                               aka Denise C Jacobs
   Berlin, NJ 08009                                             33 Norcross Rd
                                                                Berlin, NJ 08009

Social Security No.:
   xxx−xx−3146                                                  xxx−xx−2052

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 11, 2020
JAN: eag

                                                Jeanne Naughton
                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 15-18738-ABA
Dennis G Young Jr                                             Chapter 13
Denise C Young
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Sep 11, 2020
                               Form ID: cscnodsc           Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db/jdb         +Dennis G Young Jr,   Denise C Young,   33 Norcross Rd,   Berlin, NJ 08009-9651
cr             +BANK OF AMERICA, N.A.,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +GREEN TREE SERVICING LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Green Tree Servicing LLC, as authorized servicer f,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Nationstar Mortgage, LLC,   Stern, Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,,
                 Suite 302,   Roseland, NJ 07068-1640
515502037      +ACS/Suntrust Education,   501 Bleeker Street,   Utica, NY 13501-2401
515559190     ++ASCENDIUM EDUCATION SOLUTIONS   INC,   PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court: Nelnet on behalf of USA Funds,
                 United Student Aid Funds c/o Navient Sol,   Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,   Wilkes-Barre, PA 18773-9430)
515502036      +Account Resolution Service,   1643 Harrison Pkwy suite 100,   Sunrise, FL 33323-2857
515502038     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
515728182      +Bank of America, N. A.,   c/o Ocwen Loan Servicing, LLC,   Attn: Cashiering Department,
                 1661 Worthington Road, Suite 100,   West Palm Beach, FL 33409-6493
515955193      +Bank of America, N.A.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
515955194      +Bank of America, N.A.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603,   Bank of America, N.A.,   c/o Shellpoint Mortgage Servicing 29603-0826
515710545       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515502042      +Citifinancial,   605 Munn Rd.,   Fort Mill, SC 29715-8421
515641305       Credit First NA,   BK13,   PO Box 818011,   Cleveland, OH  44181-8011
515502043      +Credit First National Assoc.,   PO Box 81315,   Cleveland, OH 44181-0315
518049335      +DITECH FINANCIAL LLC,   Nicholas V. Rogers,   1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
515502059       Federal National Mortgage Assoc.,   (Fannie Mae) c/o Seterus, Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
515600011     ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,   PO BOX 6154,   Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
515600012      +Green Tree Servicing LLC,   PO BOX 0049,   Palatine, IL 60055-0049,   Telephone 60055-0049
515502044       Greentree Mortgage,   POB 6172,   Rapid City, SD 57709-6172
515502046      +HSBC Bank,   PO Box 9,   Buffalo, NY 14240-0009
515502045      +Hospital Billing-CHOP,   PO Box 7802,   Philadelphia, PA 19101-7802
515502047      +IC Systems Collections,   PO Box 64378,   Saint Paul, MN 55164-0378
515712961     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,
                 Dallas, Texas 75261-9741)
515502052      +Nationstar Mortage,   c/o Stern, Lavinthal & Frankinberg,   105 Eisenhower Pkwy #302,
                 Roseland, NJ 07068-1640
515722335      +Nationstar Mortgage LLC,   P.O Box 619094,   Dallas, TX 75261-9094
518651037       New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518651038       New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
515731510       Ocwen Loan Servicing LLC,   Attn: Bankruptcy Department,   PO Box 24605,
                 West Palm Beach, FL 33416-4605
515502053      +Ocwen Mortgage,   1661 Worthington Rd   #100,   West Plm Beach, FL 33409-6493
515502055      +Professional Account MGM,   633 W. Wisconsin Ave.,   Milwaukee, WI 53203-1920
515502056       Regional Sewere Service,   POB 1105,   Bellmawr, NJ 08099-5105
518490630     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   P.O. Box 245,   Trenton, NJ 08695-0245)
515502060      +The Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
515502061      +Trojan Professional Services,   PO Box 1270,   Los Almaitos, CA 90720-1270
515502062      +Vanz LLC,   577 Hamburg Turnpike,   Wayne, NJ 07470-2042
515502063      +Wells Fargo,   POB 10335,   Des Moines, IA 50306-0335
515680408      +Wells Fargo Bank NA,   Attn: Bankruptcy Dept.,   MAC#D3347-014,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
515677785      +Wells Fargo Bank, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
```

```
District/off: 0312-1           User: admin              Page 2 of 3                Date Rcvd: Sep 11, 2020
                               Form ID: cscnodsc        Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2020 01:03:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2020 01:03:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515514622       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2020 01:10:24
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515630450       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2020 01:08:38
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515502039      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2020 01:09:14      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
515612990      +E-mail/Text: bankruptcy@cavps.com Sep 12 2020 01:03:36      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515502048       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 12 2020 01:02:31      IRS,    POB 7346,
                 Philadelphia, Pennsylvania 19101-7346
515502040       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 12 2020 01:08:36      Chase Bank One Card,
                 PO Box 15298,    Wilmington, DE 19850
515502041       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 12 2020 01:09:58      Chase-Best Buy,
                 PO Box 15298,    Wilmington, DE 19850
515502049      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 12 2020 01:02:14
                 Kohl's Department Store,    PO Box 3115,    Milwaukee, WI 53201-3115
515502050      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2020 01:03:05      Midland funding,
                 8875 Aero Dr. Suite 200,    San Diego, CA 92123-2255
515502054       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 01:08:47
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
515721597       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 01:10:09
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,   Norfolk VA 23541
515721608       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 01:08:45
                 Portfolio Recovery Associates, LLC,    c/o Victoria's Secret,    POB 41067,   Norfolk VA 23541
515502057      +E-mail/PDF: pa_dc_claims@navient.com Sep 12 2020 01:09:17      Sallie Mae,    PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
517924202       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Sep 12 2020 01:01:42
                 United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wells Fargo Bank, N.A.
515502051*     +Midland Funding LLC,    8875 Aero Dr. Suite 200,    San Diego, CA 92123-2255
515502058    ##+Saxon Mortgage/Nationstar,    4718 Mercantile Drive North,    Fort Woth, TX 76137-3605
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                  Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-1                  User: admin                    Page 3 of 3                  Date Rcvd: Sep 11, 2020
                                      Form ID: cscnodsc               Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:

              Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL
               MORTGAGE ASSOCIATION cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
              Jerome B. Blank    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. nj.bkecf@fedphe.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified
               Mortgage Services L.P. miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A., as servicer for U.S. BANK NATIONAL
               ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-4 bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    SETERUS, INC., as servicer for FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bankruptcy@feinsuch.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven K. Eisenberg    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Terry Tucker    on behalf of Debtor Dennis G Young Jr terrytucker@comcast.net
              Terry Tucker    on behalf of Joint Debtor Denise C Young terrytucker@comcast.net
                                                                                               TOTAL: 18