**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Terry Tucker  TT8409
80 W Broad St
Bridgeton, NJ 08302
856-453-7440
On Behalf of Debtor

**Order Filed on November 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dennis and Denise Young

Case No.: _____15-18738/ABA_____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of ____Terry Tucker, for Dennis and Denise Young____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏  A Trustee shall be appointed.

   ☑  A Trustee shall not be appointed.

3. ☑  The case shall be immediately reclosed.

   ❏  The case shall be closed within _____ days.

   ❏  The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Dennis G Young Jr  
Denise C Young  
    Debtor(s)

Case No. 15-18738-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 02, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis G Young Jr, Denise C Young, 33 Norcross Rd, Berlin, NJ 08009-9651 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor GREEN TREE SERVICING LLC andrew.spivack@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | |

|  |  |
|---|---|
|  | on behalf of Creditor SETERUS INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION cmecf@sternlav.com |
| Jerome B. Blank |  |
|  | on behalf of Creditor Green Tree Servicing LLC as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services L.P. nj.bkecf@fedphe.com |
| Kevin Gordon McDonald |  |
|  | on behalf of Creditor DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald |  |
|  | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman |  |
|  | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Miriam Rosenblatt |  |
|  | on behalf of Creditor Green Tree Servicing LLC as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by Gateway Funding Diversified Mortgage Services L.P. miriam.rosenblatt@mhllp.com |
| Nicholas V. Rogers |  |
|  | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| R. A. Lebron |  |
|  | on behalf of Creditor SETERUS INC., as servicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com |
| R. A. Lebron |  |
|  | on behalf of Creditor WELLS FARGO BANK N.A., as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2004-4 bankruptcy@feinsuch.com |
| Sherri Jennifer Smith |  |
|  | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com nj.bkecf@fedphe.com |
| Steven K. Eisenberg |  |
|  | on behalf of Creditor BANK OF AMERICA N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Terry Tucker |  |
|  | on behalf of Joint Debtor Denise C Young terrytucker@comcast.net |
| Terry Tucker |  |
|  | on behalf of Debtor Dennis G Young Jr terrytucker@comcast.net |

TOTAL: 18